**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**CEDRICK LAMARCUS IVORY, #042865**                               **PLAINTIFF**

**VERSUS**                                   **CIVIL ACTION NO. 3:09-cv-272-DPJ-JCS**

**MADISON COUNTY DETENTION CENTER,**
**TOBY TROWBRIDGE AND**
**MASTER SERGEANT BRIAN WATSON**                              **DEFENDANTS**

ORDER TO SHOW CAUSE

On April 30, 2009, the Plaintiff filed a complaint pursuant to 42 U.S.C. § 1983 and requested *in forma pauperis* status. On May 21, 2009, an order [5] was entered directing Plaintiff to file a written response, on or before June 10, 2009. The Plaintiff was warned in this Court's order [5] of June 10, 2009, that failure to timely comply with the requirements of the order may lead to the dismissal of his complaint. Plaintiff failed to comply with this order [5]. Therefore, Plaintiff will be directed to show cause why this case should not be dismissed for his failure to comply with this Court's order to file a written response. Accordingly, it is

ORDERED:

1. That Plaintiff respond to this order to show cause, in writing, on or before July31, 2009, why this case should not be dismissed for failure to comply with the Court's May 21, 2009, order [5].

2. That on or before July31, 2009, Plaintiff comply with the May 21, 2009, order [5] by filing a written response to:

(a) specifically state if the Plaintiff is naming Madison County as a Defendant, if so, specifically state how Madison County violated Plaintiff's constitutional rights;

(b) specifically state how Defendant Toby Trowbridge violated Plaintiff's constitutional rights;

(c) specifically state if Plaintiff is naming any other Defendants in this action;

(d) specifically state the full name and complete street address for each newly named Defendant; and

(e) specifically state how each newly named Defendant violated his constitutional rights.

3. That failure to advise this Court of a change of address or failure to timely comply with any order of this Court will be deemed as a purposeful delay and contumacious act by the Plaintiff and may result in this cause being dismissed without further written notice to the Plaintiff.

4. That the Plaintiff is required to file his original response to this order to show cause with the **Clerk of Court, United States District Court, P.O. Box 23552, Jackson, Mississippi 39225-3552**. Failure to properly file a response may result in this civil action being dismissed.

THIS, the   16th   day of July, 2009.

                         s/ James C. Sumner
                         UNITED STATES MAGISTRATE JUDGE