UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

CEDRICK LAMARCUS IVORY, #042865                                                     PLAINTIFF

VS.                                                      CIVIL ACTION NO. 3:09-cv-272-DPJ-JCS

MADISON COUNTY DETENTION CENTER, et al.                                           DEFENDANTS

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Order issued this date and incorporated herein by reference, it is hereby,

ORDERED AND ADJUDGED that this cause be dismissed, without prejudice, for failure to comply with the orders of this Court.

**SO ORDERED AND ADJUDGED** this the 16th day of October, 2009.

                                              s/ *Daniel P. Jordan III*
                                              UNITED STATES DISTRICT JUDGE